UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA KARTMAN, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY, *et al.*,<br><br>            Defendants. | Case No. 1:07-cv-00474-WTL-DKL<br><br>Judge Lawrence<br><br>Magistrate Judge LaRue |

## DEFENDANTS' MOTION FOR ENTRY OF ORDER DECERTIFYING CLASS

State Farm[1] respectfully requests that the Court enter an order decertifying the class, as outlined by the Seventh Circuit's April 6, 2011 Notice of Mandate.

On February 14, 2011, the Seventh Circuit reversed and remanded, with instructions to decertify, this Court's February 6, 2009 class certification ruling, stating that this lawsuit is "not appropriate for class certification under Rule 23(b)(2)." The Seventh Circuit also affirmed this Court's denial of a Rule 23(b)(3) class, and stated that certification under Rule 23(c)(4) would be improper. *Kartman v. State Farm Mutual Automobile Ins. Co.*, 634 F.3d 883 (7th Cir. 2011).

On April 6, 2011, the Seventh Circuit issued its Notice of Issuance of Mandate requiring this Court to effect the final judgment of the Seventh Circuit, specifically, that the class certification "judgment of the district court is REVERSED with costs, and REMANDED with instructions to decertify the Rule

---

[1] Collectively, Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, and State Farm General Insurance Company.

23(b)(2) class . . . ." Dkt. No. 234 (emphasis in the original).

Plaintiffs did not seek a stay from the Seventh Circuit of enforcement of the mandate, and the time for doing so before the court of appeals has long since passed. The Court of Appeals' mandate compels immediate decertification of the class upon issuance of the mandate. *See United Airlines, Inc. v. The Official Committee of Unsecured Creditors*, 409 F.3d 812, 813 (7th Cir. 2005).

For the foregoing reasons, Defendants respectfully request the Court enter an Order decertifying the class. A Proposed Order is attached for the Court's convenience.

                Respectfully submitted,

/s/ Mark A. Johnson
Dennis F. Cantrell
dcantrell@csmlawfirm.com
CANTRELL, STRENSKI &
MEHRINGER, LLP
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 352-3500
Facsimile:  (317) 352-2501

Mark A. Johnson
mjohnson@bakerlaw.com
Rodger L. Eckelberry
reckelberry@bakerlaw.com
Joseph E. Ezzie
jezzie@bakerlaw.com
Rand L. McClellan
rmcclellan@bakerlaw.com
BAKER HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215-4260
Tel:    614.228.1541
Fax:    614.462.2616

>*Attorneys for Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, and State Farm General Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26th, 2011, I caused to be filed using the Court's CM/ECF system a true and correct copy of the foregoing to be delivered electronically by the CM/ECF system to all registered parties, including the following counsel for Plaintiffs:

>William N. Riley
>301 Massachusetts Avenue
>Indianapolis, IN 46204

>/s/ Mark A. Johnson
>One of the attorneys for Defendants