UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA KARTMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO. 1:07-cv-00474-WTL-DKL |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO DEFENDANTS' MOTION
FOR ENTRY OF ORDER DECERTIFYING CLASS**

Plaintiffs, by counsel, respectfully submit the following response to State Farm's Motion for Entry of Order Decertifying Class:

1. Plaintiffs do not object to the decertification of the class, considering the Seventh Circuit Court of Appeal's Mandate.

2. However, before the class is decertified, Plaintiffs respectfully request that all issues related to whether Plaintiffs are required to provide notice of decertification of the class be resolved.

3. Plaintiffs respectfully submit that issues of notice, particularly whether Plaintiffs will be required to publish notice, must be resolved before the class is decertified.

4. Currently, counsel for Plaintiffs and counsel for Defendants, are meeting and conferring on this issue.

WHEREFORE, Plaintiffs respectfully request that the Court hold in abeyance its forthcoming order on decertification until all issues related to notice (and whether it will be required to be published) are resolved.

Respectfully Submitted:

PRICE WAICUKAUSKI & RILEY, LLC


/s/ Joseph N. Williams
William N. Riley, Atty. No. 14941-49
Jamie R. Kendall, Atty. No. 25124-49A
Joseph N. Williams, Atty. No. 25874-49
Brad A. Catlin, Atty. No. 21570-29
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Facsimile:  (317) 633-8797
Email: wriley@price-law.com
            jkendall@price-law.com
            jwilliams@price-law.com
            bcatlin@price-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that an exact and true copy of the foregoing has been filed electronically on this 27th day of May, 2011. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

>Dennis F. Cantrell
>James P. Strenski
>Tara Stapleton Lutes
>CANTRELL, STRENSKI & MEHRINGER, LLP
>dcantrell@csmlawfirm.com
>jstrenski@csmlawfirm.com
>tlutes@csmlawfirm.com
>
>Mark A. Johnson, Esq.
>Rodger L. Eckelberry
>Joseph E. Ezzie, Esq.
>Rand L. McClellan, Esq.
>BAKER & HOSTETLER LLP
>mjohnson@bakerlaw.com
>reckelberry@bakerlaw.com
>jezzie@bakerlaw.com
>rmcclellan@bakerlaw.com

>/s/ Joseph N. Williams
>Joseph N. Williams