# **LEGAL NOTICE**

**If you owned a home insured by State Farm Fire and Casualty Co., State Farm Mutual Automobile Insurance Co., or State Farm General Insurance Co. that sustained hail damage on April 16, 2006, a recent court decision may affect your rights.**

In 2007, a lawsuit was filed against the insurance companies listed above (the "Defendants") regarding the manner in which hail damage claims were adjusted. The lawsuit is *Cynthia Kartman, et al. v. State Farm Mutual Automobile Insurance Co., et al.*, No. 1:07-cv-474, is pending in the United States District Court for the Southern District of Indiana. The trial court certified the case as a class action for injunctive relief only, with the Plaintiffs seeking an order compelling the Defendants (to re-inspect roofs of insureds who submitted hail damage claims. However, on February 14, 2011, the United States Court of Appeals for the Seventh Circuit reversed the trial court and ordered the class decertified. This decision may affect your rights, so the trial court ordered this Notice to be published.

### **ARE YOU AFFECTED?**

People who owned homes insured by the Defendants on April 16, 2006, that were damaged by the April 16, 2006, hailstorm, and who did not receive an entirely new roof at State Farm's expense (minus any applicable deduction or depreciation), were members of the proposed class. Those who already resolved a claim concerning the April 16, 2006 hailstorm through binding arbitration, settlement agreement, or a judgment or verdict in a state or federal court as of February 6, 2009, were NOT included in the Class.

### **WHAT IS THIS CASE ABOUT?**

The lawsuit claims that State Farm breached its duty to deal fairly and in good faith with its insureds after the April 16, 2006, hail storms in central Indiana. State Farm denies it did anything wrong and asserts that it properly adjusted the claims of its policyholders.

The Defendants deny they did anything wrong and assert that they properly adjusted the claims of their policyholders. The Court of Appeals decided that Plaintiffs have no claim based on any particular method of inspecting roofs, only to payment for actual loss. Therefore, the Court of Appeals ruled that certification of an injunctive relief class was improper, and ordered that the case proceed only on the individual claims of Plaintiffs.

### **HOW DOES THIS AFFECT ME?**

While the case was pending as a class action, members of the proposed class were protected from having their claims legally barred by the passage of time. Now that the Court of Appeals has held that the case cannot proceed as a class action, your time for pursuing claims against State Farm for damage suffered in the April 16, 2006, hailstorm in central Indiana may be limited. Neither the Plaintiffs nor their counsel are currently representing your interests.

**If you believe you have an unresolved claim related to the April 16, 2006, hailstorm that struck central Indiana, you may wish to contact an attorney.**